# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

GEORGE A. CARTER (#359834)

VERSUS

UNKNOWN HOOPER, ET AL.

CIVIL ACTION

NO. 21-738-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Scott D. Johnson, dated February 27, to which no objection was filed.

**ACCORDINGLY,**

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus[2] filed by Petitioner George A. Carter is **DENIED,** and this proceeding is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** if Petitioner seeks to pursue an appeal in this case, a certificate of appealability is denied.

Signed in Baton Rouge, Louisiana, on this ⟨17⟩ day of March, 2025.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 17.
[2] Rec. Docs. 1 and 3.